IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ELBIT SYSTEMS LAND AND C4I LTD., ELBIT SYSTEMS OF AMERICA, LLC, <br><br>*Plaintiffs*, <br><br> v. <br><br> HUGHES NETWORK SYSTEMS, LLC, BLUETIDE COMMUNICATIONS, INC., COUNTRY HOME INVESTMENTS, INC., <br><br>*Defendants*. | § § § § § § § § § § § § § § Case No. 2:15-CV-00037-RWS-RSP |

## ORDER

Before the Court is <u>Defendant Hughes Network Systems, LLC's Opposed Motion for Expedited Briefing On Defendants' Motion to Stay Proceedings</u>. Dkt. 375. Defendant's motion to stay is based on a complex venue motion, *see* Dkt. 372, and Plaintiffs should be given adequate time to evaluate the underlying venue issue before taking a position regarding whether the action should be stayed. Plaintiffs are therefore entitled to the full response time afforded by the Federal and Local Rules. Defendant's motion to expedite briefing is **DENIED**.

**SIGNED this 7th day of June, 2017.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE