**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ELBIT SYSTEMS LAND AND C4I LTD., <br> ELBIT SYSTEMS OF AMERICA, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HUGHES NETWORK SYSTEMS, LLC, <br><br> Defendant. | § § § § § § § § § § § §  CIVIL ACTION NO. 2:15-CV-00037-RWS |

## ORDER

Before the Court is Defendant Hughes Network Systems, LLC's Emergency Motion to Stay Trial Pending Resolution of Request for Mandamus Relief (Docket No. 433). It is hereby **ORDERED** that Plaintiffs Elbit Systems Land and C4I Ltd. and Elbit Systems of America, LLC shall file a response to Defendant's motion by **5:00 p.m., Monday, July 24, 2017**. The response shall be limited to **ten (10)** pages.

**SIGNED this 21st day of July, 2017.**

*Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE