**'073 Patent**

| Term | Applicable Claims | Court's Construction |
|---|---|---|
| Preamble "A [multiple] access communications system for use in a satellite communication network" | 2, 3, 4 | Preamble is limiting. |
| "first communication means for transmitting short bursty data" | 2, 3, 4 | 35 U.S.C. § 112, ¶ 6 applies.<br><br>Function: "transmitting short bursty data"<br><br>Structure: "Random Access Transmitter 70 in Fig. 5, and equivalents thereof" |
| "second communication means for continuous transmission of data" | 2, 3, 4 | 35 U.S.C. § 112, ¶ 6 applies.<br><br>Function: "continuous transmission of data"<br><br>Structure: "Channel Assignment Transmitter 110 in Fig. 6, and equivalents thereof" |
| "receiver means within said at least one hub adapted to receive data transmitted by said plurality of terminals utilizing either said first communication means or said second communication means" | 2, 3, 4 | 35 U.S.C. § 112, ¶ 6 applies.<br><br>Function: "receive data transmitted by said plurality of terminals utilizing either said first communication means or said second communication means"<br><br>Structure: "hub receiver 240 depicted in Fig. 10, and equivalents thereof" |
| "transmitter means within each user terminal for receiving data to be transmitted from said user terminal to said hub" | 2, 3, 4 | 35 U.S.C. § 112, ¶ 6 applies.<br><br>Function: "receiving data to be transmitted from said user terminal to said hub"<br><br>Structure: "modem 160 and equivalents thereof" |

| Term | Applicable Claims | Court's Construction |
|---|---|---|
| "switching means coupled to said transmitter means for switching transmission between said first communication means and said second communication means in accordance with predefined criteria" | 2, 3, 4 | 35 U.S.C. § 112, ¶ 6 applies.<br><br>Function: "switching transmission between said first communication means and said second communication means in accordance with predefined criteria"<br><br>Structure: "modem 160 or PC 150 including driver layer 158 performing the algorithms disclosed in the '073 Patent at 10:30-11:40 or Figure 8, and equivalents thereof" |
| "means for switching from said first communication means to said second communication means when the length of a message received by said transmitter means exceeds a predetermined threshold" | 2 | 35 U.S.C. § 112, ¶ 6 applies.<br><br>Function: "switching from said first communication means to said second communication means when the length of a message received by said transmitter means exceeds a predetermined threshold"<br><br>Structure: "modem 160 or PC 150 including driver layer 158 performing the algorithm disclosed in the '073 Patent at 10:63-67 and 17:37-45, and equivalents thereof" |
| "means for switching transmission from said first communication means when a continuation flag in a message received by said transmitter means is turned on" | 3 | 35 U.S.C. § 112, ¶ 6 applies.<br><br>Function: "switching transmission from said first communication means when a continuation flag in a message received by said transmitter means is turned on"<br><br>Structure: "modem 160 or PC 150 including driver layer 158 performing the algorithm disclosed in the '073 Patent at 11:1-8, and equivalents thereof" |

| Term | Applicable Claims | Court's Construction |
|---|---|---|
| "means for switching transmission from said first communication means to said second communication means when a user buffer containing a plurality of messages to be sent via said transmitter means fills beyond a predetermined level" | 4 | 35 U.S.C. § 112, ¶ 6 applies.<br><br>Function: "switching transmission from said first communication means to said second communication means when a user buffer containing a plurality of messages to be sent via said transmitter means fills beyond a predetermined level"<br><br>Structure: "modem 160 or PC 150 including driver layer 158 performing the algorithm disclosed in the '073 Patent at 11:9-11, and equivalents thereof" |
| "continuation flag" | 3 | "a data field that indicates additional messages follow the current message" |

**'874 Patent**

| Term | Applicable Claims | Court's Construction |
|---|---|---|
| "[wherein said synchronous protocol allows] non-data carrying time slots" | 1 | "[wherein said synchronous protocol allows] time slots that do not contain data" |
| "first synchronous data communication protocol" | 1 | "a data communication protocol that relies on the temporal relationship between time slots" |
| "second asynchronous data communication protocol" | 1 | "a data communication protocol that does not rely on the temporal relationship between time slots" |

3