**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ELBIT SYSTEMS LAND AND C4I LTD., <br> ELBIT SYSTEMS OF AMERICA, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HUGHES NETWORK SYSTEMS, LLC, <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO.  2:15-CV-00037-RWS |

## ORDER

Trial in this matter concluded on August 7, 2017.  Given the length of time since the parties last mediated, the Court finds it is in the best interests of the case to reconvene the mediation and enters the following Order *sua sponte*.  The parties in the above-styled matter are hereby **ORDERED** to participate in post-trial mediation and shall schedule a mediation conference with a mediator of their choice to occur no later than **December 15, 2017**.

**SIGNED this 23rd day of October, 2017.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE