# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ELBIT SYSTEMS LAND AND C4I LTD., <br> ELBIT SYSTEMS OF AMERICA, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HUGHES NETWORK SYSTEMS, LLC, <br><br> Defendant. | § <br> § <br> § CIVIL ACTION NO. 2:15-CV-00037-RWS <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

## FINAL JUDGMENT

The above-entitled civil action has come before the Court for consideration, and a decision has been duly rendered as to all claims. Consistent with the Court's Memorandum Opinion and Order entered this date, the Court hereby enters **FINAL JUDGMENT**.

The Clerk of the Court is directed to close the case.

**So ORDERED and SIGNED this 30th day of March, 2018.**

*/s/ Robert W. Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE