**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ELBIT SYSTEMS LAND AND C4I LTD. AND ELBIT SYSTEMS OF AMERICA, LLC, <br><br>      Plaintiffs, <br><br>  v. <br><br>HUGHES NETWORK SYSTEMS, LLC, <br><br>      Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 2:15-cv-00037-RWS-RSP |

**JOINT MOTION FOR ENTRY OF STIPULATED DISMISSAL**

Plaintiffs Elbit Systems Land and C4I Ltd., Elbit Systems of America, LLC and Defendant Hughes Network Systems, LLC (collectively, the "Parties"), acting by and through counsel, hereby notify the Court that the Parties have reached an agreement that resolves all matters in controversy between them.  Accordingly, pursuant to Fed. R. Civ. P. 41(a), the Parties do hereby stipulate that this action, including all claims and defenses brought, is hereby dismissed with prejudice, according to the terms of a Settlement Agreement executed by the parties on December 16, 2019.

Dated:  December 18, 2019　　　　　　　　　　　Respectfully submitted,

*/s/ Melissa R. Smith (by permission Wesley Hill)*
Melissa R. Smith
GILLAM & SMITH LLP
303 South Washington Ave.
Marshall, TX 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

melissa@gillamsmithlaw.com

William F. Lee (*pro hac vice*)
Lauren B. Fletcher (*pro hac vice*)
Kevin A. Goldman (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
60 State Street Boston, MA 02109
Tel: (617) 526-6000
Fax: (617) 526-5000
william.lee@wilmerhale.com
lauren.fletcher@wilmerhale.com
kevin.goldman@wilmerhale.com

Mark D. Selwyn (*pro hac vice*)
WILMER CUTLER PICKERING HALE
AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
Tel: (650) 858-6031
mark.selwyn@wilmerhale.com

Kurt M. Pankratz (Texas Bar No. 24013291)
BAKER BOTTS LLP
2001 Ross Avenue
Dallas, TX 75201
Tel.: (214) 953-6500
Fax: (214) 953-6503
kurt.pankratz@bakerbotts.com

Ali Dhanani (Texas Bar No. 24055400)
Bradley Bowling (Texas Bar No. 24040555)
BAKER BOTTS LLP
910 Louisiana Street
Houston, TX 77002
Tel.: (713) 229-1234
Fax: (713) 229-1522
ali.dhanani@bakerbotts.com
brad.bowling@bakerbotts.com

G. Hopkins Guy, III (*pro hac vice*)
BAKER BOTTS LLP
1001 Page Mill Road, Suite 200
Palo Alto, CA 94304

Tel.: (650) 739-7500
Fax: (650) 739-7699
hop.guy@bakerbotts.com

Jamie R. Lynn (*pro hac vice*)
BAKER BOTTS LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2400
Telephone: (202) 639-7786
Facsimile: (202) 585-1026
jamie.lynn@bakerbotts.com

*Attorneys for Defendant*
*Hughes Network Systems, LLC*


*/s/ Kurt G. Calia (by permission Wesley Hill)*
Kurt G. Calia – LEAD ATTORNEY
Cal. Bar No. 214300
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
(650) 632-4700
kcalia@cov.com

Ranganath Sudarshan
Cal. Bar No. 244984
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
rsudarshan@cov.com

Wesley Hill
Tex. Bar No. 24032294
Ward, Smith & Hill PLLC
1507 Bill Owens Pkwy
Longview, Texas 75604
(903) 757-6400
wh@wsfirm.com

*Attorneys for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via electronic mail on December 18, 2019.

*/s/ Wesley Hill*
