**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ELBIT SYSTEMS LAND AND C4I LTD., ELBIT SYSTEMS OF AMERICA, LLC, | § § | |
| | § | CIVIL ACTION NO. 2:15-CV-00037-RWS |
| Plaintiffs, | § § | |
| v. | § § | |
| HUGHES NETWORK SYSTEMS, LLC, | § § | |
| Defendant. | § | |

**ORDER**

Pursuant to the Court's order granting the parties' Joint Motion for Entry of Stipulated Dismissal, the Court hereby enters Final Judgment. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE** .

All other claims for relief are **DENIED AS MOOT**.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED this 18th day of December, 2019.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE